AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
5/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____MMC____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
5/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____bm____ DEPUTY

United States of America,
    Plaintiff
    v.

EUN HWA KIM,

    Defendant

Case No. 2:24-MJ-03197

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about and between the dates of June 27, 2021, and August 23, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 16 U.S.C. §§ 1372(a)(4)(B), 1375(b); 18 U.S.C. § 2 | Knowingly offer to sell and knowingly sell marine mammal products |

This criminal complaint is based on these facts:

*Please see attached affidavit and description of criminal conduct.*

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Ogle, Special Agent USFWS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 5/31/2024

*Judge's signature*

City and state: Los Angeles, California

Hon. Jean P. Rosenbluth, U.S. Magistrate Judge
*Printed name and title*

AUSA Joseph Johns (213-894-4536)

DESCRIPTION OF CRIMINAL CONDUCT

[16 U.S.C. §§ 1372(a)(4)(B), 1375(b); 18 U.S.C. § 2(a)]

From on or about and between approximately June 27, 2021, until approximately August 23, 2021, in the Central District of California and elsewhere, defendant EUN HWA KIM did knowingly offer to sell, and knowingly and intentionally aid and abet the offer to sell, a marine mammal product as a dietary supplement, that is harp seal capsules offered for sale online.

**AFFIDAVIT**

I, Christopher Ogle, being duly sworn, declare and state as follows:

## I. BACKGROUND OF AFFIANT

1. I am a Senior Special Agent with the United States Fish and Wildlife Service ("USFWS"), Office of Law Enforcement ("OLE"), currently stationed in Franklin, Indiana. I have held this position since July 2010. From July 2005 through July 2010, I was employed as a Supervisory Game Law Enforcement Officer for the United States Department of the Army at Fort Knox, Kentucky, where I enforced a wide variety of federal wildlife laws. I have a total of 18 years of federal law enforcement experience. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and hold a bachelor's degree in wildlife management from Eastern Kentucky University. As part of my daily duties as a USFWS Special Agent, I investigate criminal violations associated with wildlife and natural resources. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. I have received specialized training and possess experience in the enforcement of federal wildlife laws, including the Marine Mammal Protection Act, 16 United States Code, Section 1371 et seq., which criminalizes selling or offering for sale marine mammal products. I have participated in numerous federal investigations, either as a case agent or in

1

various support roles, including investigations involving the unlawful capturing, taking, transporting, possession, and sale of fish and wildlife.

## II. **PURPOSE OF THE AFFIDAVIT**

3. This affidavit is made in support of a criminal complaint and arrest warrant for EUN HWA KIM for a violation of 16 U.S.C. §§ 1372(a)(4)(B), 1375(b), and 18 U.S.C. § 2 (selling and offering for sale, and aiding and abetting the sale and offer for sale of marine mammal products) (the "Subject Offense").

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are approximate.

## III. **LEGAL BACKGROUND**

5. It was a crime under the Marine Mammal Protection Act ("MMPA") for any person to knowingly offer to sell, sell, or transport any marine mammal product for any purpose other than public display, scientific research, or enhancing the survival of a species or stock.

6. "Person" under the MMPA included any private entity.

7. "Marine mammal product" meant any item of merchandise which consisted, or was composed in whole or in part, of any marine mammal.

8. "Marine mammal" was defined to include seals and sea lions, other than walrus, including harp seals and including any part of any such marine mammal.

## IV. STATEMENT OF PROBABLE CAUSE

9. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own investigative actions and knowledge of the investigation, I am aware of the factual information set forth below.

10. EUN HWA KIM ("KIM") was a citizen of the United States and a resident of Fullerton, California. She was the Chief Executive Officer of Gil Happiness, Inc.

11. Between approximately June 2021 and August 2021, KIM entered into an agreement with an online retailer pursuant to which KIM sent harp seal oil supplements to the retailer's subsidiary's warehouses, used the retailer's online platform to advertise for sale "Oronia Canada" harp seal oil capsules, labeled product of Canada, and used the retailer to take orders and accept payment for the product and ship the product to purchasers from the retailer's subsidiary's warehouses.

12. KIM shipped harp seal oil supplements to the retailer's subsidiary's warehouses for inventory as follows:

| Date | Received from KIM in Fullerton, California by the warehouse in | Quantity of Oronia Canada harp seal Oil capsules |
|---|---|---|
| Between approximately June 14, 2021, and June 20, 2021 | Moreno Valley, California | Approximately 18 units |
| Between approximately June 14, 2021, and June 22, 2021 | Stone Mountain, Georgia | Approximately 2 units |
| Between approximately June 14, 2021, and June 26, 2021 | Kenosha, Wisconsin | Approximately 2 unites |
| Between approximately July 19, 2021, and July 31, 2021 | Moreno Valley, California | Approximately 37 units |

  13. The seal oil supplement was offered for sale on the retailer's online platform as shown by the screenshot below:


14.  The seal oil product was offered for sale and sold through the online retailer between approximately June 27, 2021, through approximately August 23, 2021.

15.  On or about March 1, 2022, I learned that on January 27, 2022, USFWS special agents conducted a non-custodial interview of KIM at her residence in Fullerton, California. During her interview, KIM provided the USFWS special agents with the following information:

    a.  She is the owner of Gil Happiness, Inc.

    b.  In the beginning of 2021, she purchased approximately twenty bottles of harp seal supplements from a wholesale dealer in Los Angeles and advertised them for sale online.

   c. In July 2021, she began to use the online retailer to offer her harp seal supplements for sale.

   d. She sold all twenty bottles to customers within the United States.

   e. Later in 2021 the wholesaler she had purchased the harp seal supplements from stopped conducting business in Los Angeles.

   f. After the wholesaler stopped conducting business in Los Angeles, she learned that it was illegal to sell harp seal supplements within the United States.

   g. She received payment for each bottle of harp seal supplements purchased and sold through the online platform from the online retailer.

   h. She purchased each bottle from the wholesaler for $14.39 and then listed it online for $35.99.

  16. Documents obtained during the investigation, including business records of the online retailer and emails obtained from the internet service provider for KIM's email address document the sale, through the online retailer, of more than 40 bottles of harp seal oil owned by KIM between June and August of 2021, including at least three sales that were shipped from the United States to customers outside the United States.

## VI. CONCLUSION

  17. Based on the above, there is probable cause to believe that KIM committed the Subject Offense, i.e., on or about and between June 27, 2021, and August 23, 2021, within the Central District of California and elsewhere, KIM knowingly offered for

sale and sold, and aided and abetted the offer for sale and sale of, marine mammal products, specifically seal oil dietary supplements, in violation of Title 16, United States Code, Sections 1372(a)(4)(B) and 1375(b), and Title 18, United States Code, Section 2(a).

18. For all of the reasons described above, there is probable cause to believe that KIM committed the Subject Offense.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 31th day of May, 2024.

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE